**FILED**
CLERK, U.S. DISTRICT COURT
06-20-2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ts___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. 8:23-cr-00085-RGK |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud] |
| THOMAS JASON HUNTER, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1343]

A.   INTRODUCTORY ALLEGATION

At times relevant to this Information:

1. Defendant THOMAS JASON HUNTER was the Chief Executive Officer of Site Fuel International Trading ("SFIT") and Site Development Group ("SDG"), collectively, the "Site Fuel Entities," located in Newport Beach, California.

B.   THE SCHEME TO DEFRAUD

2. Throughout 2018, in Orange County, within the Central District of California, and elsewhere, defendant HUNTER, knowingly and with the intent to defraud, devised and executed a

scheme to defraud and obtain money from investors of the Site Fuel Entities by means of materially false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

3. In carrying out the scheme, defendant HUNTER engaged in the following fraudulent and deceptive acts, practices, and devices, and made the following material omissions, among others:

    a. Defendant HUNTER and co-schemer W.M., along with others, offered and sold investment opportunities with the Site Fuel Entities to investors nationwide.

    b. Defendant HUNTER and co-schemer W.M. represented to victim investors that their funds would be used solely for global mining and commodities projects.

    c. While a small portion of investor funds were sent to Mexico for a mining project, defendant HUNTER and co-schemer W.M. used the bulk of investor funds for other non-commodity mining/trade related purposes including: (1) repayments to prior investors for unrelated failed projects; (2) payments to current investors as purported profits; and (3) personal expenses.

    d. From this scheme, defendant HUNTER and co-schemer W.M. caused approximately six victim investors to lose approximately $1,198,000.

C. <u>THE USE OF AN INTERSTATE WIRE</u>

4. On or about July 27, 2018, defendant HUNTER and co-schemer W.M., for the purpose of executing the above-described scheme to defraud, transmitted and caused the transmission of $5,246 of investor funds to be sent from Site Fuel's Bank of

America account in Newport Beach, California to victim S.A.'s representative PRM LTD CPA's bank account at Grand Ridge National Bank in Illinois that were purported profits of the Site Fuel investment.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office