FILED
CLERK, U.S. DISTRICT COURT

06-20-2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ts _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>THOMAS JASON HUNTER,<br><br><br>DEFENDANT | CASE NUMBER<br><br>8:23-cr-00085-RGK<br><br>**NOTICE TO COURT OF**<br>**RELATED CASE**<br><br>(PURSUANT TO GENERAL ORDER 16-05) |

Plaintiff United States of America hereby informs the Court that the above-entitled case

may be related to <u>United States v. William Marr,</u> Case No. 8:23-CR-00052-FWS which:

   X       was previously assigned to the Honorable Fred W. Slaughter;

           has not been previously assigned.

The above-entitled cases may be related for the following reasons:

   X       the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

           the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):

Dated: June 14, 2023

_____
JENNIFER L. WAIER
Assistant United States Attorney