UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | SACR 23-00085-FWS | Date | October 12, 2023 |
|---|---|---|---|

| Present: The Honorable | FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Melissa H. Kunig | Deborah Parker | Jennifer Waier |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Thomas Jason Hunter | X | | X | Christopher Grohman<br>John Breig, Jr. | X<br>X | | X<br>X |

**PROCEEDINGS:** SENTENCING

Sentencing hearing held.  See separate Judgment and Commitment Order.

1 : 20

Initials of Deputy Clerk  mku

cc: